IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED ule

05 APR 22 PM 1: 4

ROBERT R. DI CILLO
CLERK, U.S. DI CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| ELLIPSIS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 03-2939 BV |
| | ) | |
| THE COLOR WORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MODIFIED SCHEDULING ORDER

It appearing to the Court that the parties consent motion to modify or amend the scheduling order is well taken, it is hereby ORDERED that the following deadlines are established:

| | |
|---|---|
| TCW to Provide Affirmative Expert Disclosures: | May 15, 2005 |
| Ellipsis to Answer Amended Counterclaim: | April 29, 2005 |
| TCW to Provide Expert Reports (Affirmative and Rebuttal) | June 17, 2005 |
| Amending Pleadings or Joining Additional Parties: | May 2, 2005 |
| Ellipsis to Provide Rebuttal Expert Disclosures: | June 15, 2005 |
| Ellipsis to Provide Rebuttal Expert Reports: | June 15, 2005 |
| Close of Fact Discovery: | July 15, 2005 |
| Close of Expert Discovery: | August 1, 2005 |
| Filing Dispositive Motions: | August 19, 2005 |

These dates may not be modified absent subsequent order of the Court.

{M2203563;2}

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-25-05

124

It is so ORDERED this \_\_\_\_21st\_\_\_\_ day of April, 2005.

_____
Diane K. Vescovo

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 124 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Daniel Warren Van Horn
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT