FILED BY _____ D.C.

05 MAY -3 PM 4:54

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ELLIPSIS, INC.,

    Plaintiff,

v.                                        Civil Action No. 03-2939 BV
                                           JURY DEMANDED

THE COLOR WORKS, INC.,

    Defendant.

---

### ORDER GRANTING PLAINTIFF'S MOTION FOR
### EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND
### TO AMENDED COUNTERCLAIM AND THIRD-PARTY COMPLAINT

---

BEFORE THE COURT is Plaintiff's Motion for Extension of Time to Answer or Otherwise Respond to Amended Counterclaim and Third-Party Complaint [*no response filed April 27, 2005*]. THE COURT finds that Ellipsis should not be required to answer or otherwise respond to the Amended Counterclaim and Third-Party Complaint until such time as the Court has ruled on Plaintiff's Rule 72(a) Objection to Order Granting Defendant's Motion for Leave to Amend Counterclaim ("Plaintiff's Objection").

The Motion therefore is well taken and is GRANTED. Ellipsis is allowed five (5) business days following the entry of the Court's ruling on Plaintiff's Objection to answer or otherwise respond to The Color Works' Amended Counterclaim and Third-Party Complaint, if an answer or other response is required.

SO ORDERED this 3rd day of May, 2005.

_____
Diane K. Vescovo
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-5-2005

129

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 129 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Daniel Warren Van Horn
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable J. Breen
US DISTRICT COURT