IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ELLIPSIS, INC.,

    Plaintiff,

v.                                            No. 03-2939 BV

THE COLORWORKS, INC.,

    Defendant.

---

ORDER AFFIRMING DECISION OF THE MAGISTRATE JUDGE

---

On March 8, 2005, Magistrate Judge Diane Vescovo entered an order granting the motion of the Defendant, The Colorworks, Inc., for leave to amend its counterclaim and denying its motion for leave to file a reply memorandum. Following entry of the order, objections were filed by the Plaintiff, Ellipsis, Inc., to which the Defendant has responded. Upon a review of all of the relevant pleadings, the Court concludes that the magistrate judge's findings were neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a); LR72.1(g)(1), Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn. Accordingly, the Plaintiff's objections are OVERRULED and the magistrate judge's order is AFFIRMED.

**IT IS SO ORDERED** this ___ day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-5-05

/30

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 130 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Daniel Warren Van Horn
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

Honorable J. Breen
US DISTRICT COURT