IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -8 PM 2:56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| ELLIPSIS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 03-2939 BV |
| ) | |
| THE COLOR WORKS, INC., ) | |
| ) | |
| Defendant. ) | |

## MODIFIED SCHEDULING ORDER

It appearing to the Court that the parties consent motion to modify the scheduling order is well taken, it is hereby ORDERED that the following deadlines are established:

| | |
|---|---|
| TCW to Provide Affirmative Expert Reports: | July 15, 2005 |
| Close of Fact Discovery: | July 15, 2005 |
| Ellipsis to Provide Rebuttal Expert Disclosures: | August 15, 2005 |
| Ellipsis to Provide Rebuttal Expert Reports: | August 15, 2005 |
| Close of Expert Discovery: | September 2, 2005 |
| Filing Dispositive Motions: | September 15, 2005 |

These dates may not be modified absent subsequent order of the Court.

It is so ORDERED this __7th__ day of June, 2005.

_Diane K. Vescovo_ (signature)

{M2203563;2}

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __6-13-05__

140

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 140 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Daniel Warren Van Horn
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable J. Breen
US DISTRICT COURT