IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 13 PM 3:33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

ELLIPSIS, INC.,         )
                        )
    Plaintiff,          )
                        )
vs.                     )   Case No. 03-2939 BV
                        )
THE COLOR WORKS, INC.,  )
                        )
    Defendant.          )

## MODIFIED SCHEDULING ORDER

It appearing to the Court that the parties consent motion to modify the scheduling order is well taken, it is hereby ORDERED that the following deadlines are established:

| | |
|---|---|
| TCW to Provide Affirmative Expert Reports: | July 15, 2005 |
| Close of Fact Discovery: | July 15, 2005 |
| Ellipsis to Provide Rebuttal Expert Disclosures: | August 15, 2005 |
| Ellipsis to Provide Rebuttal Expert Reports: | August 15, 2005 |
| Close of Expert Discovery: | September 2, 2005 |
| Filing Dispositive Motions: | September 15, 2005 * |

* The granting of the extension of the dispositive motions deadline may result in the Court's inability to rule on them prior to the current trial setting.

These dates may not be modified absent subsequent order of the Court.

It is so ORDERED this 13th day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

{M2203563;2}

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-15-05

141

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 141 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Daniel Warren Van Horn
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT