IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ K ____ D.C.

05 JUN 20 PM 5: 50

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

ELLIPSIS, INC.,

      Plaintiff,

v.

THE COLOR WORKS, INC.,

      Defendant.

Civil Action No. 03-2939 BV
JURY DEMANDED

## [~~PROPOSED~~] ORDER CONTINUING TRIAL DATE AND RESETTING PRETRIAL DATES

BEFORE THE COURT is the Motion of Ellipsis, Inc. and Mary Elizabeth Wade for Continuance of Trial Date. IT APPEARS TO THE COURT that the Motion is well taken and that The Color Works, Inc. consents to the relief requested. For good cause shown, the Motion is GRANTED, as follows:

A JURY TRIAL has been SET before United States Judge J. Daniel Breen on Monday, March 20, 2006, at 9:30 a.m. in Courtroom 1, 11th floor of the Federal Building, Memphis, Tennessee.

A PRETRIAL CONFERENCE will be held on Monday, March 13, 2006, at 9:00am in Courtroom 1, 11th floor of the Federal Building, Memphis, Tennessee.

A PROPOSED JOINT PRETRIAL ORDER (hard copy and on diskette) must be furnished to the Judge's chambers by Monday, March 7, 2006. Please see instructions attached to April 7, 2004 Notice of Setting.

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 6-21-05

/46

SO ORDERED this 20th day of June, 2005.

J. DANIEL BREEN
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 146 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Daniel Warren Van Horn
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

Honorable J. Breen
US DISTRICT COURT