FILED BY [illegible] D.C.
05 JUN 27 PM 4: 1[illegible]
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ELLIPSIS, INC.,

Plaintiff,

v.

THE COLOR WORKS, INC.,

Defendant.

Civil Action No. 03-2939 BV
JURY DEMANDED

## ~~[PROPOSED]~~ MODIFIED SCHEDULING ORDER

BEFORE THE COURT is the Motion of Ellipsis, Inc. and Mary Elizabeth Wade to Modify Scheduling Order. IT APPEARS TO THE COURT that the Motion is well taken and that The Color Works, Inc. consents to the relief requested. It is therefore ORDERED that the present schedule is modified to include the following new dates and deadlines:

| | |
|---|---|
| COMPLETING FACT DISCOVERY: | September 9, 2005 |
| TCW TO PROVIDE AFFIRMATIVE EXPERT REPORTS: | September 9, 2005 |
| ELLIPSIS/WADE TO PROVIDE REBUTTAL EXPERT DISCLOSURES/REPORTS: | October 7, 2005 |
| COMPLETING EXPERT DISCOVERY: | October 31, 2005 |
| FILING DISPOSITIVE MOTIONS: | November 21, 2005 |

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-28-05

147

These dates may not be modified absent further order of the Court.

SO ORDERED this 25th day of June, 2005.

Diane K. Vescovo
DIANE K. VESCOVO
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 147 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

Daniel Warren Van Horn
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT