IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL -8 PM 4:03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

ELLIPSIS, INC.,

    Plaintiff,

v.   Civil Action No. 03-2939 BV
    JURY DEMANDED

THE COLOR WORKS, INC.,

    Defendant.

---

THE COLOR WORKS, INC.,

    Third-Party Plaintiff,

v.

MARY ELIZABETH WADE,
a/k/a Elizabeth Wade, individually,

    Third-Party Defendant.

---

### [PROPOSED] ORDER GRANTING JOHN J. HEFLIN, III, JOHN MARSHALL JONES, AND BOURLAND, HEFLIN, ALVAREZ & MINOR, PLC, LEAVE TO WITHDRAW AS COUNSEL FOR ELLIPSIS, INC. AND MARY ELIZABETH WADE

---

BEFORE THE COURT is the Motion of John J. Heflin, III, John Marshall Jones, and Bourland, Heflin, Alvarez & Minor, PLC for Leave to Withdraw as Counsel for Ellipsis, Inc. and Mary Elizabeth Wade.

THE COURT FINDS that the Motion is well taken and GRANTS the Motion.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-11-05



IT IS THEREFORE ORDERED that John J. Heflin, III, John Marshall Jones, and Bourland, Heflin, Alvarez & Minor, PLC are granted leave to withdraw as counsel for Ellipsis, Inc. and Mary Elizabeth Wade in this civil action, and that they do hereby so withdraw.

IT IS FURTHER ORDERED that John J. Heflin, III, John Marshall Jones, and Bourland, Heflin, Alvarez & Minor, PLC are hereby relieved of any and all further responsibility for the provision of any legal services whatsoever to Ellipsis, Inc. or Mary Elizabeth Wade in connection with this civil action or otherwise. *Ellipsis & Wade shall retain new counsel within 30 days of the date of entry of this order.*

SO ORDERED this 8th day of July, 2005.

/s/ Diane K. Vescovo

~~J. DANIEL BREEN~~
~~U.S. District Judge~~
U.S. Magistrate Judge

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 151 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Daniel Warren Van Horn
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Honorable J. Breen
US DISTRICT COURT