FILED BY [illegible] D.C.
05 AUG 17 AM 11: 12
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ELLIPSIS, INC.,

Plaintiff,

vs.

THE COLOR WORKS, INC.,

Defendants.

No. 03-2939-BV

THE COLOR WORKS, INC.,

Third-Party Plaintiff

v.

MARY ELIZABETH WADE,
a/k/a Elizabeth Wade,
Individually,

Third-Party Defendant

ORDER DENYING PLAINTIFF'S AND THIRD-PARTY DEFENDANT'S MOTION TO COMPEL

Before the court is the August 5, 2005 motion of the plaintiff, Ellipsis, Inc., and Third-Party Defendant Mary Elizabeth Wade, a/k/a Elizabeth Wade, pursuant to Federal Rule of Civil Procedure 37(a)(2)(B), to compel additional responses to its Second Set of Interrogatories and Second Request for Production of Documents. This motion has been referred to the United States Magistrate Judge for determination. The request to compel

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-17-05



additional discovery was a part of a motion that also requested that the court enter an order extending the deadlines of the scheduling order. The court entered an order on that motion on August 10, 2005. Therefore, the court only addresses the motion to compel in this order. For the following reasons, the motion to compel is denied.

In this motion, Ellipsis, Inc. and Wade submit that the answers to interrogatories Nos. 13, 14, 15, 17, 19 and 21 and responses to requests for documents Nos. 33, 34, 35, 36, 37, 38, 39, 40, 45, 47, 48, 49, 51, 52, 53, 56, 57, 58, 59, 60, 61, and 63 are unsatisfactory. The parties claim that without proper responses to these requests, it will not be able to prosecute or defend its case as the information requested relates specifically to the issues present in this case.

Rule 26 of the Federal Rules of Civil Procedure, which governs discovery, only applies to documents in possession of the defendant. The defendant, The Color Works, Inc., has averred that it has produced all non-privileged documents that are responsive to Ellipsis' and Wade's Second Request for Production of Documents that it has in its possession.

Furthermore, after reviewing the interrogatories that have been propounded by the plaintiffs, along with the defendant's responses, the court finds that the information provided by The

Color Works, Inc., is sufficient and that its objections to certain requests are legitimate. Accordingly, Ellipsis' and Wade's motion to compel further responses to its discovery requests is denied.

IT IS SO ORDERED this 16th day of August, 2005.

Diane K. Vescovo

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 165 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Ashley Yarnell Baskette
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Daniel Warren Van Horn
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

Honorable J. Breen
US DISTRICT COURT