IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 22  PM 2: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ELLIPSIS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 03-2939-BV |
| ) | |
| THE COLOR WORKS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| THE COLOR WORKS, INC., ) | |
| ) | |
| Third-Party Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| MARY ELIZABETH WADE, ) | |
| a/k/a Elizabeth Wade, ) | |
| Individually, ) | |
| ) | |
| Third-Party Defendant ) | |

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S EMERGENCY
MOTION FOR PROTECTIVE ORDER/MOTION FOR CLARIFICATION
and
ORDER AMENDING ORDER OF AUGUST 11, 2005 DENYING PLAINTIFF'S AND
THIRD-PARTY DEFENDANT'S MTOIN TO EXTEND THE RULE 16(b) SCHEDULING
ORDER

Before the court is the August 18, 2005 emergency motion of the defendant, The Color Works, Inc. ("TCW"), pursuant to Federal Rule of Civil Procedure 26(c), for a protective order imposing conditions on discovery. This motion has been referred to the United States Magistrate Judge for determination. A hearing was

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 8-22-05



held on Friday, August 19, 2005. Present at the hearing were Ken Shuttleworth and Ashley Baskette, attorneys for the plaintiff, Ellipsis, Inc., and for third-party defendant Mary Elizabeth Wade, a/k/a Elizabeth Wade, and Danny Van Horn, attorney for the defendant, The Color Works, Inc. Participating by phone was James G Sammataro, attorney for the defendant, The Color Works, Inc.

For the reasons stated at the hearing, the motion is granted in part and denied in part as follows:

1. The depositions of TCW's representatives are to be taken in Greensboro, North Carolina.

2. The discovery deadline is extended to September 30, 2005, only for the purposes of taking depositions.[1] The court's previous order of August 11, 2005 is amended accordingly. All other deadlines in the scheduling order remain the same.

3. TCW's request for an order compelling Ellipsis and Wade to reimburse TCW for expenses incurred as a result of the cancellation by Ellipsis and Wade of the previously scheduled depositions of TCW's representatives is denied as moot. The parties announced that they have reached a tentative agreement on this issue.

IT IS SO ORDERED this 22nd day of August, 2005.

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

---

[1] As a result of this ruling, Ellipsis and Wade's counsel announced in open court that they withdraw the appeal of the court's order of August 11, 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 169 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Ashley Yarnell Baskette
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Daniel Warren Van Horn
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable J. Breen
US DISTRICT COURT