IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP -6 PM 3: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF T. MEMPHIS

ELLIPSIS, INC.,

    Plaintiff,

v.                                                    No. 03-2939 B

THE COLOR WORKS, INC.,

    Defendant.

---

## ORDER DISMISSING PLAINTIFF AND THIRD PARTY DEFENDANT'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER AS MOOT

---

On August 11, 2005, Magistrate Judge Diane Vescovo entered an order denying the motion of the Plaintiff, Ellipsis, Inc. ("Ellipsis") and Third Party Defendant, Elizabeth Wade ("Wade"), to extend the Rule 16(b) scheduling order. Following entry of the order, objections were filed by Ellipsis and Wade to which Defendant, The Color Works , Inc. responded. On August 19, 2005, the Plaintiff and Third Party Defendant filed a Notice informing the Court of their withdrawal of objections to the magistrate judge's Order, rendering the Objections moot. Accordingly, the Plaintiff's objections are DISMISSED as moot and the magistrate judge's order is AFFIRMED.

**IT IS SO ORDERED** this 6 day of September, 2005.

J. DANIEL BREEN

UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 170 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Ashley Yarnell Baskette
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Honorable J. Breen
US DISTRICT COURT