IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ELLIPSIS, INC., | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.: 03-2939 BV |
| THE COLOR WORKS, INC., | ) |
| Defendant. | ) |
| THE COLOR WORKS, INC.,<br>Third-Party Plaintiff, | ) |
| vs. | ) |
| MARY ELIZABETH WADE, a/k/a<br>Elizabeth Wade, individually, | ) |
| Third-Party Defendant. | ) |

## ORDER GRANTING LEAVE TO FILE A BRIEF IN EXCESS OF TWENTY PAGES

It appearing to the Court that Defendant's Motion for Leave to File a Brief in Excess of Twenty Pages in support of Defendant's Motion to Exclude the Testimony of Emmons Patzer and Alexander Ivy is well taken, it is hereby:

ORDERED that Defendants are granted leave to file a brief in excess of twenty pages in support of Defendant's Motion to Exclude the Testimony of Emmons Patzer and Alexander Ivy.

{M2291420;2}

CASE NO.: 03-2939 BV

It is so ORDERED this 31st day of October, 2005.

[signature]

MEMPHIS 176415v1

{M2291420;2}

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 182 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

Ashley Yarnell Baskette
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Ashley Yarnell Baskette
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

Honorable J. Breen
US DISTRICT COURT