IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ~~~ D.C.

05 NOV -2 AM 11: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ELLIPSIS, INC.,

    Plaintiff,

v.

THE COLOR WORKS, INC.,

    Defendant.

No. 03-2939-B/V

---

THE COLOR WORKS, INC.,

    Third-Party Plaintiff,

v.

MARY ELIZABETH WADE, a/k/a
Elizabeth Wade, Individually,

    Third-Party Defendant.

---

## ORDER OF REFERENCE

---

Before the court is the Defendant The Color Works, Inc.'s Motion for Sanctions Against Plaintiff Ellipsis, Inc. and Plaintiff's Counsel filed on October 28, 2005.

This matter is hereby referred to the United States Magistrate Judge for determination and/or a report and recommendation. Any objections to the magistrate judge's order and/or report and recommendation shall be made within ten (10) days after service of the order/report, setting forth particularly those portions of the order/report objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order/report will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-3-05



**IT IS SO ORDERED** this ⟨signature⟩day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 185 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Ashley Yarnell Baskette
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Honorable J. Breen
US DISTRICT COURT