17142/KRS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ELLIPSIS, INC.,

    Plaintiff,

vs.

THE COLOR WORKS, INC.,

    Defendant.

No. 2:03-CV-02939-JDB-dkv

THE COLOR WORKS, INC.,

    Third-Party Plaintiff,

v.

MARY ELIZABETH WADE,
a/k/a Elizabeth Wade, individually,

    Third-Party Defendant.



### ORDER ON PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME FOR RESPONSE TO DEFENDANT THE COLORS WORKS, INC.'S MOTION FOR SANCTIONS AGAINST PLAINTIFF ELLIPSIS, INC. AND PLAINTIFF'S COUNSEL PURSUANT TO RULE 11, §28 U.S.C. 1927 AND THE COURT'S INHERENT AUTHORITY

This matter having come before the Court on the Motion of the Plaintiff/Third-Party Defendant for Enlargement of Time within which to file a Response to Defendant The Color Works, Inc.'s Motion for Sanctions Against Plaintiff Ellipsis, Inc. and Plaintiff's Counsel Pursuant to Rule 11, 28 §U.S.C. 1927 and the Court's Inherent Authority, the Court, having considered the Motion, Memorandum in Support thereof, and the entire record in this cause, finds that cause does exist for the Motion and same shall be granted.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-15-05

(193)

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff/Third-Party Defendant's Motion for Enlargement of Time for Response to Defendant The Color Works, Inc.'s Motion for Sanctions Against Plaintiff Ellipsis, Inc. and Plaintiff's Counsel Pursuant to Rule 11, 28 §U.S.C. 1927 and the Court's Inherent Authority is hereby granted and Plaintiff/Third-Party Defendant shall have to, and including, November 21, 2005, to file and serve a Response to the Motion.

Is it so ordered this the __14th__ day of November, 2005.

_Diane K. Vescovo_
DIANE VESCOVO
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 193 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Ashley Yarnell Baskette
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Honorable J. Breen
US DISTRICT COURT