IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 22 PM 4: 11

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| ELLIPSIS, INC., | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO.: 03-2939 BV |
| THE COLOR WORKS, INC., | ) | |
| Defendant. | ) | |
| THE COLOR WORKS, INC., Third-Party Plaintiff, | ) | |
| vs. | ) | |
| MARY ELIZABETH WADE, *a/k/a* Elizabeth Wade, individually, | ) | |
| Third-Party Defendant. | ) | |

## ORDER GRANTING LEAVE TO FILE A BRIEF IN EXCESS OF TWENTY PAGES

It appearing to the Court that Defendant's Motion for Leave to File a Brief in Excess of Twenty Pages in support of Defendant's Motion for Summary Judgment is well taken, it is hereby:

ORDERED that Defendant is granted leave to file a brief and separate statement of undisputed material facts in excess of twenty pages in support of Defendant's Motion for Summary Judgment.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-23-05

{M2291420;2}

209

CASE NO.: 03-2939 BV

It is so ORDERED this 22nd day of November, 2005.

_[signature]_

MEMPHIS 176415v1

{M2291420;2}

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 209 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Ashley Yarnell Baskette
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT