IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY [initials] D.C.
05 DEC 12 PM 3:16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ELLIPSIS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>THE COLOR WORKS, INC.,<br><br>    Defendant.<br><br>THE COLOR WORKS, INC.,<br>    Third-Party Plaintiff,<br><br>vs.<br><br>MARY ELIZABETH WADE, *a/k/a*<br>Elizabeth Wade, individually,<br><br>    Third-Party Defendant. | CASE NO. 03-2939 BV |

**ORDER GRANTING THE COLOR WORKS, INC.
LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS
*DAUBERT*-BASED MOTION TO EXCLUDE THE PURPORTED EXPERT
TESTIMONY OF EMMONS PATZER AND ALEXANDER IVY**

It appearing to the Court that Defendant's Motion for Leave to File a Reply Brief is well-taken it is hereby:

ORDERED that Defendant is granted leave to file a reply brief and it is hereby ORDERED that ~~Defendant's Reply Brief which is attached as Exhibit 1 to its Motion for Leave is hereby designated as being filed as of the~~ Defendant shall file its reply brief with the Court & serve it on opposing counsel. entry of this order.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-13-05

{M2340016;1}

224

Case No. 03-2939 BV

It is so ORDERED this 12th day of December, 2005.

_Diane K. Vescovo_
U.S. Magistrate Judge

Memphis 184722v.1

{M2340016;1}

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 224 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Ashley Yarnell Baskette
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT