IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ JRW D.C.
05 DEC 12 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ELLIPSIS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 03-2939 BV |
| ) | |
| THE COLOR WORKS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| THE COLOR WORKS, INC., ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MARY ELIZABETH WADE, *a/k/a* ) | |
| Elizabeth Wade, individually, ) | |
| ) | |
| Third-Party Defendant. ) | |

**ORDER GRANTING THE COLOR WORKS, INC.
LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS
MOTION FOR SANCTIONS AGAINST PLAINTIFF AND ITS COUNSEL**

It appearing to the Court that Defendant's Motion for Leave to File a Reply Brief is well-taken it is hereby:

ORDERED that Defendant is granted leave to file a reply brief and it is hereby ORDERED that Defendant ~~'s Reply Brief which is attached as Exhibit 1 to its Motion for Leave~~ *shall file its reply brief with the clerk of court & serve it on opposing counsel.* ~~is hereby designated as being filed as of the entry of this order.~~

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-13-05

{M2340016;1}

225

It is so ORDERED this 12th day of December, 2005.

_____
Diane K. Vescovo
U.S. Magistrate Judge

Memphis 184840v.1

{M2340016;1}

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 225 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Ashley Yarnell Baskette
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Honorable J. Breen
US DISTRICT COURT