FILED BY _____ D.C.
17142/K
05 DEC 15 AM 10: 48
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ELLIPSIS, INC.,

    Plaintiff,

vs.                                                       No. 2:03-CV-02939-JDB-dkv

THE COLOR WORKS, INC.,

    Defendant.

THE COLOR WORKS, INC.,

    Third-Party Plaintiff,

v.

MARY ELIZABETH WADE,
a/k/a Elizabeth Wade, individually,

    Third-Party Defendant.

## ORDER ON JOINT MOTION FOR ENLARGEMENT OF TIME FOR RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT

This matter having come before the Court on the Joint Motion of the Plaintiff/Third-Party Defendant and Defendant/Third-Party Plaintiff for Enlargement of Time within which to file a Response to Motion for Summary Judgment, the Court, having considered the Motion, Memorandum in Support thereof, and the entire record in this cause, finds that cause does exist for the Motion and same shall be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Joint Motion for Enlargement of Time for Response to each respective Motion for Summary Judgment is hereby granted and Plaintiff/Third-Party Defendant and Defendant/Third-Party Plaintiff shall

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05

227

have to, and including, January 12, 2006, to file and serve a Response to each respective Motion for Summary Judgment.

Is it so ordered this the __14th__ day of December, 2005.

~~DIANE VESCOVO~~ J. Daniel Breen
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 227 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Merrick L. Gross  
AKERMAN SENTERFITT  
1 S.E. Third Ave.  
28th Floor  
Miami, FL 33131--171  

Ashley Yarnell Baskette  
SHUTTLEWORTH WILLIAMS, PLLC  
200 Jefferson Ave.  
Ste. 1500  
Memphis, TN 38103--002  

Honorable J. Breen  
US DISTRICT COURT