IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 16  PM 4: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |  |
|---|---|---|
| ELLIPSIS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 03-2939 BV |
| | ) | |
| THE COLOR WORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| THE COLOR WORKS, INC., | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARY ELIZABETH WADE, *a/k/a* | ) | |
| Elizabeth Wade, individually, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

ORDER GRANTING THE COLOR WORKS, INC.
LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS
MOTION FOR SANCTIONS AGAINST BOURLAND HEFLIN ALVAREZ & MINOR

It appearing to the Court that Defendant's Motion for Leave to File a Reply Brief is well-taken it is hereby:

ORDERED that Defendant is granted leave to file a reply brief and it is hereby ORDERED that Defendant's Reply Brief which is attached as Exhibit 1 to its Motion for Leave is hereby designated as being filed as of the entry of this order.

{M2340016;1}

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-19-2005

230

Case No. 03-2939 BV

It is so ORDERED this __15th__ day of _____Dcumber_____, 2005.

_____Diane K. Vescovo_____

Memphis 184678v.1

{M2340016;1}

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 230 in case 2:03-CV-02939 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Megan J. Knight
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Merrick L. Gross
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th Floor
Miami, FL 33131--171

Ashley Yarnell Baskette
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

James G. Sammataro
AKERMAN SENTERFITT
1 S.E. Third Ave.
28th fl.
Miami, FL 33131

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT